AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

UNITED STATES OF AMERICA
v.

TORREL R. KNOX

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Supervised Release)

Case No. 053L 2:19CR00023-001 "L"
USM No. 37770-034

Graham L. Bosworth, Esq.
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of conditions Mandatory, Standard, and Special Conditions of the term of supervision.

☐ was found in violation of condition(s) count(s) ________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Use of illegal substances (marijuana and buprenorphine) | 3/22/2023 |
| Special Condition | Use of illegal substance (marijuana) | 4/19/2023 |
| Special Condition | Use of illegal substance (marijuana and buprenorphine) | 5/18/2023 |
| Special Condition | Failed to report to mental health treatment | 7/7/2023 |
| | *See next page | |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition Standard condition regarding failure to report change of address and is discharged as to such violation condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8558

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:
Gretna, LA

August 20, 2026
Date of Imposition of Judgment

Signature of Judge

Eldon E. Fallon, United States District Judge
Name and Title of Judge

August 25, 2026
Date

**Court Reporter: Jodi Simcox**

**Asst. U.S. Atty: Troy L. Bell**

**U.S. Probation Officer: Reginald White**

DEFENDANT: TORREL R. KNOX
CASE NUMBER: 053L 2:19CR00023-001 "L"

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special Condition | Use of illegal substances (marijuana and methadone) | 7/11/2023 |
| Standard Condition | Failed to report to the probation office as directed | 10/26/2023 |
| Special Condition | Use of illegal substances (amphetamine/methamphetamine, and marijuana) | 11/28/2023 |
| Mandatory Condition | Arrested (felon in possession of a firearm). | 2/5/2025 |
| Mandatory Condition | Arrested (possession of illegal drugs) | 2/25/2025 |
| Mandatory Condition | Federally indicted under LAED case number 25cr72 (Felon in possession of a firearm in connection with arrest while under supervised release on 2/5/2025) | 3/17/2025 |
| Mandatory Condition | Sentenced in LAED case number 25cr72 after having pled guilty to felon in possession of a firearm affecting interstate commerce | 5/19/2026 |

DEFENDANT: TORREL R. KNOX
CASE NUMBER: 053L 2:19CR00023-001 "L"

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Thirteen (13) months, with credit for time served. There is no additional term of supervised release imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 9 a.m. on ____________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

---

Defendant delivered on ________________________ to ______________________________

at ________________________ with a certified copy of this judgment.

UNITED STATES MARSHAL

By ____________________________________
DEPUTY UNITED STATES MARSHAL